[No. 9027–9–II. Division Two. May 6, 1987.]

ROBIN BLUMER, ET AL, *Respondents,* v. UNITED PACIFIC INSURANCE COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–2–01422–6, Carol A. Fuller, J., entered July 11, 1985. *Reversed* by unpublished opinion per Dolli-

ver, J. Pro Tem., concurred in by Hopkins and Reser, JJ. Pro Tem.